# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00588-CR

### Raul Ramirez, Jr. a/k/a Rudolfo Torrez, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 03-727-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Raul Ramirez seeks to appeal from a judgment of conviction for possession of a controlled substance. Sentence was imposed on August 9, 2004. The pro se notice of appeal was filed on September 1, 2005, long after the time for perfecting appeal expired. *See* Tex. Pen. Code Ann. 26.2(a). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   October 5, 2005

Do Not Publish